UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MELISSA CAMPANARO,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 14-cv-12876<br>Honorable Laurie J. Michelson<br>Magistrate Judge Elizabeth A. Stafford |

**ORDER ADOPTING REPORT AND RECOMMENDATION [19], GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [14], DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [17], AND REMANDING THE CASE FOR FURTHER PROCEEDINGS**

Before the Court is Magistrate Judge Elizabeth A. Stafford's Report and Recommendation. (Dkt. 19.) At the conclusion of her Report and Recommendation, Magistrate Judge Stafford notified the parties that they were required to file any objections within fourteen days of service, as provided in Federal Rule of Civil Procedure 72(b)(2) and Eastern District of Michigan Local Rule 72.1(d), and that "[f]ailure to file specific objections constitutes a waiver of any further right of appeal." (Report & Recommendation at 19.) No objections were filed.

In *United States v. Walters*, 638 F.2d 947, 949–50 (6th Cir. 1981), the Sixth Circuit established a rule of procedural default, holding that "a party shall file objections with the district court or else waive right to appeal." In *Thomas v. Arn*, 474 U.S. 140, 144 (1985), the Supreme Court held that this rule violates neither the Federal Magistrates Act nor the federal constitution. Pursuant to *Walters* and *Thomas*, Campanaro's "failure to object is a procedural default, waiving his right for this Court to review the report and recommendation." *Johnson v. Clafton*, No. 13-CV-14922-LJM, 2015 WL 4770105, at *2 (E.D. Mich. Aug. 13, 2015).

      The Court therefore finds that Campanaro has waived further review of the Report and accepts the Magistrate Judge's recommended disposition. It follows that the Court GRANTS IN PART and DENIES IN PART Plaintiff's Motion for Summary Judgment (Dkt. 14) and DENIES Defendant's Motion for Summary Judgment (Dkt. 17). A separate judgment will follow.

      SO ORDERED.

                                   s/Laurie J. Michelson
                                   LAURIE J. MICHELSON
                                   UNITED STATES DISTRICT JUDGE

Dated: August 24, 2015

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served on the attorneys and/or parties of record by electronic means or U.S. Mail on August 24, 2015.

                                   s/Jane Johnson
                                   Case Manager to
                                   Honorable Laurie J. Michelson